IN THE UNITED STATES FEDERAL DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES D. DANNENBAUM and SHIRLEY K. DANNENBAUM, § § § | |
| Plaintiffs, § § | |
| v. § | Civil No. 4:02-cv-795 |
| § | |
| UNITED STATES OF AMERICA, § § § | |
| Defendant. § | |

## SATISFACTION OF JUDGMENT

The United States has issued refunds to the plaintiffs of $49,837.59 (for 1984), $104,573.61 (for 1985) and $72,174.18 (for 1986), plus interest, and the plaintiff has accepted those amounts as satisfaction of the Agreed Final Judgment entered on August 15, 2008. Therefore, the Clerk of the United States District Court for the Southern District of Texas is hereby authorized and empowered to satisfy and cancel said judgment of record.


November 4, 2009

/s/ Thomas E. Redding
**Thomas E. Redding**
Texas Bar No. 16661300
Redding & Associates, P.C.
2914 West T.C. Jester
Houston, Texas 77018
Telephone:  713/965-9244
**COUNSEL FOR PLAINTIFF**

**Of Counsel for Plaintiff:**
**Sallie W. Gladney**
Texas Bar No.  00787546
Redding & Associates, P.C.
2914 West T.C. Jester
Houston, Texas 77018
Telephone:  713/965-9244
Telecopier:  713/621-5227

R:\DOCS\TAXCONT.T\TGRSN049.DA1.wpd

**CERTIFICATE OF SERVICE**

     I certify that service of the foregoing satisfaction of judgment was made electronically upon filing, or if not made electronically, by mailing a copy to Defendant's counsel in a postage paid envelope, to the following address:

     Mr. David B. Coffin
     Department of Justice
     Tax Division
     717 N. Harwood, Suite 400
     Dallas, Texas  75201

     /s/ Sallie W. Gladney
     Sallie W. Gladney